# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2112.  WILLIAMS v. THE STATE.**

Upon consideration of Appellant's Motion to Remand in the above-styled case, it is hereby ordered that the motion is GRANTED and case REMANDED to Bacon County Superior Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/24/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*